## Commonwealth *v.* Johnson, Appellant.

Argued April 15, 1971. *Joseph F. Kulwicki,* Assistant Public Defender, with him *Louis D. Musica,* Public Defender, for appellant; *Gordon R. Miller,* Assistant District Attorney, with him *Paul D. Shafer, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.